UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GUADALUPE BANUELOS,

    Plaintiff,

v.

NATIONSTAR MORTGAGE, LLC, a Delaware Limited Liability Company; OLD REPUBLIC DIVERSIFIED SERVICES, INC., a Minnesota corporation; and DOES 1 through 100, inclusive,

    Defendants.

Case No. 5:13-cv-05308 HRL

**ORDER TO SHOW CAUSE RE SANCTIONS**

Lead counsel for plaintiff and defense attorney Daska Babcock shall appear in person before this court on **May 6, 2014, 10:00 a.m.**, United States District Court, 280 South First Street, San Jose, California and show cause why they should not be sanctioned for their failure to appear at the April 29, 2014 Initial Case Management Conference. See Civ. L.R. 16-10(a) ("Unless excused by the Judge, lead trial counsel for each party must attend the initial Case Management Conference.").

**SO ORDERED**.

Dated: April 29, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-05308-HRL Notice has been electronically mailed to:

Batkhand Zoljargal     bzoljargal@albertsfirm.com

Daska P Babcock     dpb@severson.com, jc@severson.com, tjj@severson.com

David Ming Liu     dml@severson.com, rjb@severson.com

Jeremy Jon Alberts     jalberts@albertsfirm.com, jesse@mytrustedattorney.com

Mary Kate Sullivan     mks@severson.com, vhn@severson.com