UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| GUADALUPE BANUELOS,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE, LLC, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-5308 HRL<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      June 24, 2014<br>Mediator:  Shirish Gupta |

    IT IS HEREBY ORDERED that the request to excuse defendant Old Republic Default Management Services' client representative from appearing in person at the June 24, 2014, mediation before Shirish Gupta is GRANTED. The representative shall be available at all times to participate telephonically in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

June 9, 2014                By: _____
Dated                                                 Maria-Elena James
                                                             United States Magistrate Judge